IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AWS MANAGEMENT, LLC, et al., | No. 05-01056 CW |
| Plaintiffs, | ORDER TRANSFERRING CASE FOR TRIAL |
| v. | |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | |

The trial in the above-captioned case is transferred to the Honorable Charles R. Breyer.  Counsel will be notified by Judge Breyer of a status conference to be held on January 5, 2007.  All hearing dates previously set before this Court will be vacated upon rescheduling by Judge Breyer.

IT IS SO ORDERED.

Dated 12/21/06

CLAUDIA WILKEN
United States District Judge