IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| AWS MANAGEMENT, LLC, et al.,<br><br>      Plaintiffs,<br><br>  v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>      Defendants.                / | No. 05-01056 CW<br><br>ORDER CONTINUING<br>CASE MANAGEMENT<br>CONFERENCE |

    Pursuant to the Joint Motion to Continue Case Management Conference and Settlement Conference filed on December 21, 2006, wherein the parties notified the Court of a pending settlement   IT IS HEREBY ORDERED that the settlement conference before Magistrate Judge Brazil is vacated, to be reset at a later date if needed.  No Case Management Conference will be held before Judge Charles R. Breyer at this time.  The Case Management Conference, previously set for January 12, 2007, is continued to March 2, 2007, at 1:30 P.M.

     1/5/07

Dated _____

                                CLAUDIA WILKEN
                                United States District Judge

cc: WDB; CRB