LGI LLP
BRADLEY A. PATTERSON, Esq. (State Bar No. 155482)
        18101 Von Karman Ave., Ste. 330
        Irvine CA  92612
        Telephone:   (949) 253-0500
        Facsimile:   (949) 253-0505

Attorney for Plaintiffs

JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
THOMAS MOORE (ASBN 4305-T780)
Assistant United States Attorney
Chief, Tax Division
        9th Floor Federal Building
        450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102
        Telephone:   (415) 436-7017
        Facsimile:   (415) 436-6748

ROBERT J. HIGGINS (DCBN 242966)
Trial Attorney, U.S. Department of Justice
BART D. JEFFRESS (CT Juris No. 419184)
Trial Attorney, U.S. Department of Justice
        555 4th St., N.W., Room 8816
        Washington, D.C. 20001
        Telephone:   (202) 307-6580
        Facsimile:   (202) 514-9440
        Email: robert.j.higgins@usdoj.gov

Attorneys for Defendant United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| AWS MANAGEMENT, LLC, by and through MARY CHANDLER PETTY, a Partner Other than the Tax Matters Partner, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| UNITED STATES OF AMERICA, by and through its Agent, the INTERNAL REVENUE SERVICE, | ) ) ) |
| Defendant. | ) ) ) ) ) ) ) ) |

Case No.  05-1056 CW

Consolidated with Case No. 05-1058 CW

STIPULATION AND ORDER TO EXTEND DISCOVERY SCHEDULE AND TRIAL DATE

1
2
3
4
5
6
7
8

AWS ACQUISITIONS, LLC, by and
through MARY CHANDLER PETTY, a
Partner Other than the Tax Matters
Partner,

     Plaintiff,

  v.

UNITED STATES OF AMERICA, by and
through its Agent, the INTERNAL
REVENUE SERVICE,

     Defendant.
_____

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

9      This stipulation by and between the plaintiffs and the defendant is based on the

10  following facts:

11      **RECITALS:**

12     1.  On April 9, 2008, the Court denied the parties' joint motion to continue,

13  and thereafter, on April 18, 2008, entered a case management order. Under the order,

14  fact discovery concludes on October 15, 2008, expert discovery concludes on January

15  30, 2009, dispositive motions are to be heard by March 26, 2009, and trial is scheduled

16  for June 29, 2009.

17     2.  After the Court denied the parties' motion to continue, discovery

18  commenced and simultaneously plaintiffs and defendant continued to work towards

19  settlement. Defendant served a document discovery request on plaintiffs. Plaintiffs

20  responded, and defendant has written to plaintiffs regarding deficiencies defendant

21  perceives in plaintiffs' response. Defendant served a subpoena for documents on a

22  third party, to which a response was made in mid-August 2008. Defendant also

23  obtained documents from KPMG.

24     In addition, the parties have continued efforts toward settlement. Plaintiffs have

25  now filed with the IRS all the returns necessary for the Department of Justice to

26  complete its evaluation of plaintiffs' offer to settle all issues in this case.

27     3.  Because the deadline for completing fact discovery is less than two

28  months away, defendant now intends to pursue extensive and costly discovery,

Stipulation to Extend
Discovery & Trial Dates

1   including moving to compel with respect to its first request for documents, and to take

2   multiple depositions of plaintiffs and third parties.

3       4.    Both parties desire to avoid the substantial expenditure of resources and

4   effort attendant to defendant's intended course of discovery, because both believe

5   settlement is a real possibility and wish to devote their resources towards that end.

6       5.    In order to provide sufficient time for the Department of Justice to

7   complete its evaluation of plaintiffs' offer and to finalize any settlement, the plaintiffs and

8   defendant have agreed that it would be in the best interests of the parties and this Court

9   to continue the schedule currently set forth in the case management order for

10  approximately four months.

11      **TERMS:**

12      The plaintiffs and the defendant agree:

13      The current schedule for the conduct of this case, set forth in Case Management

14  Order [Doc. #17], will be extended as follows:

15          Completion of Fact Discovery: February 15, 2009

16          Completion of Expert Discovery:  May 30, 2009

17          All case-dispositive motions to be heard at 2:00 P.M. on or before:

18          July 30, 2009

19          The pre-trial exchange between the parties will occur by:

20          September 6, 2009

21          A pre-trial conference will be held on:  October 6, 2009

22          A four-day Court Trial will begin at 8:30 A.M. on: October 26, 2009

23  / / /

24  / / /

1

Respectfully Submitted,

2  FOR THE PLAINTIFFS

3

LGI LLP

Bradley A. Patterson, Esq.

4

5  Date: August 19, 2008

By s/Bradley A. Patterson

Bradley A. Patterson

6

Attorney for Plaintiffs

7  FOR THE UNITED STATES

8

UNITED STATES ATTORNEY

9

Joseph P. Russoniello , Esq.
Thomas Moore, Esq.

10

Cynthia Stier
Robert J. Higgins, Esq.

11

Bart D. Jeffress, Esq.

12

13  Date: August 20, 2008

By s/Robert J. Higgins

Robert J. Higgins

Attorneys for Defendant

14

15  PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

16

17  Date: _____9/10_____, 2008

_Claudia Wilken_

18

The Honorable Claudia Wilken
United States District Court Judge

19

20

21

22

23

24

25

26

27

28

Stipulation to Extend
Discovery & Trial Dates