LGI LLP
BRADLEY A. PATTERSON, Esq. (State Bar No. 155482)
    18101 Von Karman Ave., Ste. 330
    Irvine CA  92612
    Telephone:   (949) 253-0500
    Facsimile:    (949) 253-0505

Attorney for Plaintiffs

JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
THOMAS MOORE (ASBN 4305-T780)
Assistant United States Attorney
Chief, Tax Division
CYNTHIA STIER (DCBN 423256)
Assistant United States Attorney
    9th Floor Federal Building
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone:   (415) 436-7017
    Facsimile:    (415) 436-6748
ROBERT J. HIGGINS (DCBN 242966)
Trial Attorney, U.S. Department of Justice
BART D. JEFFRESS (CT Juris No. 419184)
Trial Attorney, U.S. Department of Justice
    555 4th St., N.W., Room 8816
    Washington, D.C. 20001
    Telephone:   (202) 307-6580
    Facsimile:    (202) 514-9440
    Email: robert.j.higgins@usdoj.gov

Attorneys for Defendant United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| AWS MANAGEMENT, LLC, by and through MARY CHANDLER PETTY, a Partner Other than the Tax Matters Partner,<br><br>                     Plaintiff,<br>v.<br><br>UNITED STATES OF AMERICA, by and through its Agent, the INTERNAL REVENUE SERVICE,<br><br>                     Defendant. | Case No.  05-1056 CW<br><br>Consolidated with Case No.  05-1058 CW<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE SETTLEMENT CONFERENCE |

|   |   |
|---|---|
| 1 | _____ ) |
| 2 | AWS ACQUISITIONS, LLC, by and ) through MARY CHANDLER PETTY, a ) |
|   | Partner Other than the Tax Matters ) |
| 3 | Partner, ) |
| 4 | Plaintiff, ) |
|   | v. ) |
| 5 | ) |
| 6 | UNITED STATES OF AMERICA, by and ) through its Agent, the INTERNAL ) |
|   | REVENUE SERVICE, ) |
| 7 | ) |
| 8 | Defendant. ) _____ ) |

This stipulation by and between the plaintiffs and the defendant is based on the following facts:

**RECITALS:**

1. On September 2, 2008, the parties filed a Stipulation and [Proposed] Order to Extend Discovery Schedule and Trial Date [Doc. #44], seeking extensions for completion of fact and expert discovery, filing of case-dispositive motions, pre-trial exchanges, pre-trial conference, and trial.

2. On September 10, 2008, the Court ordered the extensions pursuant to the parties' stipulation. *See* Stipulation and Order to Extend Discovery Schedule and Trial Date [Doc. #45].

3. The parties stipulation [Doc. #44] omitted a stipulation for extending a settlement conference before a Magistrate Judge, which the Court's Case Management Order [Doc. #41] currently requires must be held by November 26, 2008.

4. The parties' efforts towards settlement are continuing and no breakdown of communication or impasse has yet occurred. Accordingly, the parties believe there is no need for a settlement conference to be held by November 26, 2008.

**TERMS:**

The plaintiffs and the defendant agree:

The current requirement that a settlement conference be held before a Magistrate Judge by November 26, 2008, set forth in Case Management Order [Doc.

1  #41], will be extended to require that such conference must be held before March 30,
2  2009.

3                                    Respectfully Submitted,

4       FOR THE PLAINTIFFS

5                                    LGI LLP
                                     Bradley A. Patterson, Esq.
6

7  Date: October 29, 2008         By   s/Bradley A. Patterson
                                     Bradley A. Patterson
8                                    Attorney for Plaintiffs

9       FOR THE UNITED STATES

10                                   UNITED STATES ATTORNEY
                                     Joseph P. Russoniello, Esq.
11                                   Thomas Moore, Esq.
                                     Cynthia Stier
12                                   Robert J. Higgins, Esq.
                                     Bart D. Jeffress, Esq.
13

14  Date: October 29, 2008        By   s/Robert J. Higgins
                                     Robert J. Higgins
15                                   Attorneys for Defendant

16

17

18

19

20       PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

21          10/31
22  Date: _____, 2008   _____
                                        The Honorable Claudia Wilken
23