LGI LLP
BRADLEY A. PATTERSON, Esq. (State Bar No. 155482)
    18101 Von Karman Ave., Ste. 330
    Irvine CA  92612
    Telephone:  (949) 253-0500
    Facsimile:   (949) 253-0505

Attorney for Plaintiffs

JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
THOMAS MOORE (ASBN 4305-T780)
Assistant United States Attorney
Chief, Tax Division
CYNTHIA STIER (DCBN 423256)
Assistant United States Attorney
    9th Floor Federal Building
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone:  (415) 436-7017
    Facsimile:   (415) 436-6748
ROBERT J. HIGGINS (DCBN 242966)
Trial Attorney, U.S. Department of Justice
BART D. JEFFRESS (CT Juris No. 419184)
Trial Attorney, U.S. Department of Justice
    555 4th St., N.W., Room 8816
    Washington, D.C. 20001
    Telephone:  (202) 307-6580
    Facsimile:   (202) 514-9440
    Email: robert.j.higgins@usdoj.gov

Attorneys for Defendant United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| AWS MANAGEMENT, LLC, by and through MARY CHANDLER PETTY, a Partner Other than the Tax Matters Partner,<br><br>                  Plaintiff,<br>  v.<br><br>UNITED STATES OF AMERICA, by and through its Agent, the INTERNAL REVENUE SERVICE,<br><br>                  Defendant. | Case No.  05-1056 CW<br><br>Consolidated with Case No.  05-1058 CW<br><br>SECOND STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY SCHEDULE AND TRIAL DATE |

```
_____ )
AWS ACQUISITIONS, LLC, by and         )
through MARY CHANDLER PETTY, a        )
Partner Other than the Tax Matters    )
Partner,                              )
                                      )
              Plaintiff,              )
       v.                             )
                                      )
UNITED STATES OF AMERICA, by and      )
through its Agent, the INTERNAL       )
REVENUE SERVICE,                      )
                                      )
              Defendant.              )
_____ )
```

This stipulation between the plaintiffs and the defendant is based on the following facts:

**RECITALS:**

1. On September 2, 2008, the parties filed a stipulation (Document 44) (i) notifying this Court that, after the Court denied the parties' motion to continue in April 2008, the parties had continued to work towards settlement and defendant had conducted paper discovery and (ii) requesting that this Court continue discovery and trial deadlines, to avoid the substantial expenditure of resources and effort attendant to defendant's intended course of discovery and to allow time for the Department of Justice to complete its evaluation of plaintiffs' offer and to finalize any settlement.

2. On September 10, 2008, this Court issued an order (Document 45) approving the stipulation to continue discovery and trial deadlines, and set the following revised calendar in this action:

Completion of Fact Discovery:     February 15, 2009

Completion of Expert Discovery:   May 30, 2009

All case-dispositive motions to be heard at 2:00 P.M. on or before:

                July 30, 2009

The pre-trial exchange between the parties will occur by:

                September 6, 2009

-2-    Case No. 05-1056 CW
Second Stipulation to Extend Discovery
& Trial Dates

1     A pre-trial conference will be held on: October 6, 2009

2     A four-day Court Trial will begin at 8:30 A.M. on: October 26, 2009

3     3.    On October 31, 2008, after the parties filed a stipulation requesting the
4 Court continue a settlement conference before a Magistrate Judge (Document 46), this
5 Court issued an order (Document 47) approving the stipulation and ordering that a
6 settlement conference be held before a Magistrate Judge before March 30, 2009.

7     4.    Both parties continue to believe that settlement is a real possibility and
8 continue to work diligently towards a final action by the Department of Justice on
9 plaintiffs' offer to settle all issues in this case. Settlement efforts are continuing and no
10 breakdown of communication or impasse has yet occurred.

11     5.    The parties appreciate the Court's patience as the parties work to finalize
12 the settlement and request an extension of an additional four months for fact discovery
13 and corresponding extensions.

14 **TERMS:**

15 Based on these facts, the plaintiffs and the defendant agree to the following
16 schedule:

17     Completion of Fact Discovery:    June 15, 2009

18     Settlement Conference before a Magistrate Judge on or before:

19     July 17, 2009

20     Completion of Expert Discovery:    October 16, 2009

21     All case-dispositive motions to be heard at 2:00 P.M. on or before:

22     December 17, 2009

23     The pre-trial exchange between the parties will occur by:

24     March 17, 2010

25     A pre-trial conference will be held on: April 20, 2010

26     A four-day Court Trial will begin at 8:30 A.M. on: May 10, 2010

27

28

-3-    Case No. 05-1056 CW
Second Stipulation to Extend Discovery
& Trial Dates

Respectfully Submitted,

<u>FOR THE PLAINTIFFS</u>

LGI LLP
  Bradley A. Patterson, Esq.

Date: February 2, 2009          By  s/Bradley A. Patterson
                                    Bradley A. Patterson
                                    Attorney for Plaintiffs

<u>FOR THE UNITED STATES</u>

UNITED STATES ATTORNEY
  Joseph P. Russoniello , Esq.
  Thomas Moore, Esq.
  Cynthia Stier, Esq.
  Robert J. Higgins, Esq.
  Bart D. Jeffress, Esq.

Date: February 2, 2009          By   s/Robert J. Higgins
                                    Robert J. Higgins
                                    Attorneys for Defendant

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Date: 2/4 , 2009        _____
                        The Honorable Claudia Wilken