LGI LLP
BRADLEY A. PATTERSON, Esq. (State Bar No. 155482)
   18101 Von Karman Ave., Ste. 330
   Irvine CA  92612
   Telephone:   (949) 253-0500
   Facsimile:    (949) 253-0505

Attorney for Plaintiffs

JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
THOMAS MOORE (ASBN 4305-T780)
Assistant United States Attorney
Chief, Tax Division
CYNTHIA STIER (DCBN 423256)
Assistant United States Attorney
   9th Floor Federal Building
   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7017
   Facsimile: (415) 436-6748
ROBERT J. HIGGINS (DCBN 242966)
Trial Attorney, U.S. Department of Justice
BART D. JEFFRESS (CT Juris No. 419184)
Trial Attorney, U.S. Department of Justice
   555 4th St., N.W., Room 8816
   Washington, D.C. 20001
   Telephone: (202) 307-6580
   Facsimile: (202) 514-9440
   Email: robert.j.higgins@usdoj.gov

Attorneys for Defendant United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| AWS MANAGEMENT, LLC, by and through MARY CHANDLER PETTY, a Partner Other than the Tax Matters Partner,<br><br>          Plaintiff,<br>v.<br><br>UNITED STATES OF AMERICA, by and through its Agent, the INTERNAL REVENUE SERVICE,<br><br>          Defendant. | Case No.  05-1056 CW<br><br>Consolidated with Case No. 05-1058 CW<br><br><br>THIRD STIPULATION AND ORDER TO EXTEND DISCOVERY SCHEDULE, SETTLEMENT CONFERENCE, AND TRIAL DATE |

| | |
|---|---|
| AWS ACQUISITIONS, LLC, by and through MARY CHANDLER PETTY, a Partner Other than the Tax Matters Partner, | ) ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| UNITED STATES OF AMERICA, by and through its Agent, the INTERNAL REVENUE SERVICE, | ) ) ) ) |
| Defendant. | ) ) |

This stipulation is entered into by and between the plaintiffs and the defendant and is based on the following facts:

1. Plaintiffs have submitted a written settlement offer to defendant offering to settle all issues in this action. The Department of Justice, in concert with the Internal Revenue Service, is in the process of evaluating that settlement offer under its normal procedures.

2. On February 2, 2009, the parties filed a stipulation (Document 49): (I) notifying this Court that the parties were continuing to work towards settlement; and (ii) requesting that this Court continue discovery and trial deadlines to avoid the substantial expenditure of resources and effort attendant to defendant's intended course of discovery and to allow time for the Department of Justice to complete its evaluation of plaintiffs' offer and to finalize any settlement.

2. On February 4, 2009, this Court issued an order (Document 50) approving the stipulation to continue discovery and trial deadlines, and set the following revised calendar in this action:

Completion of Fact Discovery: June 15, 2009

Mandatory Settlement Conference on: July 17, 2009

Completion of Expert Discovery: October 16, 2009

Case-dispositive motions to be heard at 2:00 P.M. on: December 17, 2009

The pre-trial exchange between the parties will occur by: March 17, 2010

1    A pre-trial conference will be held on: April 20, 2010

2    A four-day Court Trial will begin at 8:30 A.M. on:  May 10, 2010

3    3.    Notice from the Court's Clerk (Document 51) set the Mandatory

4 Settlement Conference on June 23, 2009;

5    4.    All parties continue to believe that settlement is likely and continue to work

6 diligently toward a final action by the Department of Justice on plaintiffs' offer to settle all

7 issues in this case.  Settlement efforts are continuing and there has been no breakdown

8 of communications and no impasse has arisen.

9    6.    The parties appreciate the Court's patience as the parties work to finalize

10 the settlement.  The parties believe that requiring the parties to prepare for trial would

11 be counterproductive to reaching a settlement in this action.

12    7.    Based on the facts presented, the plaintiffs and the defendant request an

13 extension of an additional four months for each of the existing deadlines.

                                    Respectfully Submitted,

FOR THE PLAINTIFFS

                                    LGI LLP
                                       Bradley A. Patterson, Esq.

Date: June 4, 2009                  By s/Bradley A. Patterson
                                       Bradley A. Patterson
                                       Attorney for Plaintiffs

FOR THE UNITED STATES

                                    UNITED STATES ATTORNEY
                                       Joseph P. Russoniello , Esq.
                                       Thomas Moore, Esq.
                                       Cynthia Stier, Esq.
                                       Robert J. Higgins, Esq.
                                       Bart D. Jeffress, Esq.

Date: June 4, 2009                  By s/Robert J. Higgins
                                       Robert J. Higgins
                                       Attorneys for Defendant

1  **ORDER**

2  Based on the facts and stipulation set forth above,

3  **IT IS ORDERED:**

4  1.   Fact Discovery shall be completed on or before: October 15, 2009;

5  2.   A Mandatory Settlement Conference shall be conducted before a

6  Magistrate Judge no later than November 17, 2009, at the convenience of the

7  Magistrate Judge's calendar;

8  3.   Expert Discovery shall be completed on or before: February 16, 2010;

9  4.   All case-dispositive motions and a further case management conference

10  shall be heard at 2:00 P.M. on April 8, 2010;

11  5.   The pre-trial exchange between the parties shall occur in accordance with

12  the Court's Order for Pretrial Preparation.

13  6.   A pre-trial conference will be held on: October 26, 2010, at 2:00 P.M.; and

14  7.   A four-day Court Trial will begin at 8:30 A.M. on: November 15, 2010.

6/10

Date: _____, 2009     _____

The Honorable Claudia Wilken
United States District Court Judge