LGI LLP
BRADLEY A. PATTERSON, Esq. (State Bar No. 155482)
        18101 Von Karman Ave., Ste. 330
        Irvine CA  92612
        Telephone:   (949) 253-0500
        Facsimile:    (949) 253-0505

Attorney for Plaintiffs

JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
THOMAS MOORE (ASBN 4305-T780)
Assistant United States Attorney
Chief, Tax Division
CYNTHIA STIER (DCBN 423256)
Assistant United States Attorney
        9th Floor Federal Building
        450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102
        Telephone:   (415) 436-7017
        Facsimile:    (415) 436-6748
ROBERT J. HIGGINS (DCBN 242966)
Trial Attorney, U.S. Department of Justice
BART D. JEFFRESS (CT Juris No. 419184)
Trial Attorney, U.S. Department of Justice
        555 4th St., N.W., Room 8816
        Washington, D.C. 20001
        Telephone:   (202) 307-6580
        Facsimile:    (202) 514-9440
        Email: robert.j.higgins@usdoj.gov

Attorneys for Defendant United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| AWS MANAGEMENT, LLC, by and through MARY CHANDLER PETTY, a Partner Other than the Tax Matters Partner, | Case No.  05-1056 CW |
| | Consolidated with Case No.  05-1058 CW |
| Plaintiff, | STIPULATION AND ORDER REGARDING SETTLEMENT CONFERENCE |
| v. | |
| UNITED STATES OF AMERICA, by and through its Agent, the INTERNAL REVENUE SERVICE, | |
| Defendant. | |

1

2

3

4

5

6

7

8

_____ )
AWS ACQUISITIONS, LLC, by and )
through MARY CHANDLER PETTY, a )
Partner Other than the Tax Matters )
Partner, )
                                                        )
                        Plaintiff, )
            v. )
                                                        )
UNITED STATES OF AMERICA, by and )
through its Agent, the INTERNAL )
REVENUE SERVICE, )
                                                        )
                        Defendant. )
_____ )

9  This stipulation between the plaintiffs and the defendant is based on the following

10  facts:

11  **RECITALS:**

12  1.  On June 10, 2009, this Court issued an order (Document 53) approving

13  the parties' stipulation to continue discovery and trial deadlines, including extending the

14  time within which a Mandatory Settlement Conference must be conducted to no later

15  than November 17, 2009.

16  2.  Based on that extension, the Court issued an order (Document 54)

17  vacating the settlement conference then scheduled for June 30, 2009 before Magistrate

18  Judge Brazil.

19  3.  The parties have been notified that Magistrate Judge Brazil will retire on

20  October 2, 2009, and that, if the parties wished to schedule a settlement conference

21  after September, they should request that the Court reassign this case to a different

22  Magistrate Judge.

23  4.  Because both parties are continuing to work diligently and cooperatively

24  towards settlement, the parties do not believe a settlement conference would be helpful

25  prior to November 2009.

26  5.  The Parties therefore request that the Court reassign this case to a

27  different Magistrate Judge for the purpose of conducting a mandatory settlement

28  conference.

Respectfully Submitted,

FOR THE PLAINTIFFS

LGI LLP
Bradley A. Patterson, Esq.

Date: July 1, 2009          By  s/Bradley A. Patterson
Bradley A. Patterson
Attorney for Plaintiffs

FOR THE UNITED STATES

UNITED STATES ATTORNEY
Joseph P. Russoniello , Esq.
Thomas Moore, Esq.
Cynthia Stier, Esq.
Robert J. Higgins, Esq.
Bart D. Jeffress, Esq.

Date: July 1, 2009          By  s/Robert J. Higgins
Robert J. Higgins
Attorneys for Defendant

PURSUANT TO THE STIPULATION, IT IS SO ORDERED, and this case is re-assigned to Magistrate Judge to be assigned .

Date: _____7/14_____, 2009          _____
The Honorable Claudia Wilken

-3-          Case No. 05-1056 CW
Stipulation Regarding Settlement
Conference