LGI LLP
BRADLEY A. PATTERSON, Esq. (State Bar No. 155482)
    18101 Von Karman Ave., Ste. 330
    Irvine CA  92612
    Telephone:   (949) 253-0500
    Facsimile:    (949) 253-0505

Attorney for Plaintiffs

JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
THOMAS MOORE (ASBN 4305-T780)
Assistant United States Attorney
Chief, Tax Division
CYNTHIA STIER (DCBN 423256)
Assistant United States Attorney
    9th Floor Federal Building
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7017
    Facsimile: (415) 436-6748
ROBERT J. HIGGINS (DCBN 242966)
Trial Attorney, U.S. Department of Justice
BART D. JEFFRESS (CT Juris No. 419184)
Trial Attorney, U.S. Department of Justice
    555 4th St., N.W., Room 8816
    Washington, D.C. 20001
    Telephone: (202) 307-6580
    Facsimile: (202) 514-9440
    Email: robert.j.higgins@usdoj.gov

Attorneys for Defendant United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| AWS MANAGEMENT, LLC, by and through MARY CHANDLER PETTY, a Partner Other than the Tax Matters Partner,<br><br>         Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, by and through its Agent, the INTERNAL REVENUE SERVICE,<br><br>         Defendant. | Case No.  05-1056 CW<br><br>Consolidated with Case No. 05-1058 CW<br><br>FOURTH STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND DISCOVERY SCHEDULE, SETTLEMENT CONFERENCE, AND TRIAL DATE |

| | |
|---|---|
| AWS ACQUISITIONS, LLC, by and through MARY CHANDLER PETTY, a Partner Other than the Tax Matters Partner, | ) ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| UNITED STATES OF AMERICA, by and through its Agent, the INTERNAL REVENUE SERVICE, | ) ) ) ) |
| Defendant. | ) ) |
| _____ | ) |

This stipulation is entered into by and between the plaintiffs and the defendant and is based on the following facts:

1. Plaintiffs have submitted a written settlement offer to defendant offering to settle all issues in this action. The Department of Justice, in concert with the Internal Revenue Service, is in the process of evaluating that settlement offer under its normal procedures.

2. On February 2, 2009, the parties filed a stipulation (Document 49): (I) notifying this Court that the parties were continuing to work towards settlement; and (ii) requesting that this Court continue discovery and trial deadlines to avoid the substantial expenditure of resources and effort attendant to defendant's intended course of discovery and to allow time for the Department of Justice to complete its evaluation of plaintiffs' offer and to finalize any settlement.

3. On February 4, 2009, this Court issued an order (Document 50) approving the stipulation to continue discovery and trial deadlines, and set the following revised calendar in this action:

Completion of Fact Discovery: June 15, 2009

Mandatory Settlement Conference on: July 17, 2009

Completion of Expert Discovery: October 16, 2009

Case-dispositive motions to be heard at 2:00 P.M. on: December 17, 2009

The pre-trial exchange between the parties will occur by: March 17, 2010

1        A pre-trial conference will be held on: April 20, 2010

2        A four-day Court Trial will begin at 8:30 A.M. on:  May 10, 2010

3        4.      Notice from the Court's Clerk (Document 51) set the Mandatory

4    Settlement Conference on June 23, 2009;

5        5.      On June 4, 2009, the parties filed a stipulation (Document 52):

6    (I) notifying this Court that the parties were continuing to work towards settlement; and

7    (ii) requesting that this Court continue discovery and trial deadlines to avoid the

8    substantial expenditure of resources and effort attendant to defendant's intended course

9    of discovery and to allow time for the Department of Justice to complete its evaluation of

10   plaintiffs' offer and to finalize any settlement.

11       6.      On June 10, 2009, this Court issued an order (Document 53) approving

12   the stipulation to continue discovery and trial deadlines, and set the following revised

13   calendar in this action:

14       Completion of Fact Discovery: on or before October 15, 2009

15       Mandatory Settlement Conference no later than: November 17, 2009

16       Completion of Expert Discovery: on or before February 16, 2010

17       Case-dispositive motions and a further case management conference:

18           2:00 P.M. on April 8, 2010

19       The pre-trial exchange between the parties: pursuant to Court's Order for

20           Pretrial Preparation

21       A pre-trial conference on: October 26, 2010 at 2:00 P.M.

22       A four-day Court Trial beginning at 8:30 A.M. on: November 15, 2010

23       7.      Following the request of the parties (Document 55), the Court entered an

24   Order (Document 56) re-assigning this case to a Magistrate Judge.  On July 15, 2009,

25   the case was so re-assigned, and, on July 16, 2009, Chief United States Magistrate

26   Judge Maria-Elena James entered an Order (Document 57) scheduling a settlement

27   conference for October 5, 2009, at 2:00 p.m. in Magistrate James' chambers.

28       8.      All parties continue to believe that settlement is likely and continue to work

1  diligently towards a final action by the Department of Justice on plaintiffs' offer to settle
2  all issues in this case.  Settlement efforts are continuing and there has been no
3  breakdown of communications and no impasse has arisen.
4      9.   The parties appreciate the Court's patience as the parties work to finalize
5  the settlement.  The parties believe that requiring the parties to prepare for trial would
6  be counterproductive to reaching a settlement in this action.
7      10.   Based on the facts presented, the plaintiffs and the defendant request an
8  extension of an additional four months for each of the existing deadlines.

Respectfully Submitted,

FOR THE PLAINTIFFS

    LGI LLP
      Bradley A. Patterson, Esq.

Date: September 17, 2009    By s/Bradley A. Patterson
      Bradley A. Patterson
    Attorney for Plaintiffs

FOR THE UNITED STATES

    UNITED STATES ATTORNEY
      Joseph P. Russoniello , Esq.
      Thomas Moore, Esq.
      Cynthia Stier, Esq.
      Robert J. Higgins, Esq.
      Bart D. Jeffress, Esq.

Date: September 17, 2009    By s/Robert J. Higgins
      Robert J. Higgins
    Attorneys for Defendant

**ORDER**

Based on the facts and stipulation set forth above,

**IT IS ORDERED:**

1. Fact Discovery shall be completed on or before: _February 15_, 2010;

2. A Mandatory Settlement Conference shall be conducted before Magistrate Judge Maria-Elena James no later than _March 17_, 2010, at the convenience of Magistrate James' calendar;

3. Expert Discovery shall be completed on or before: _June 16_, 2010;

4. All case-dispositive motions and a further case management conference shall be heard at 2:00 P.M. on _August 12_, 2010;

5. The pre-trial exchange between the parties shall occur in accordance with the Court's Order for Pretrial Preparation.

6. A pre-trial conference will be held on: _February 22_, 2011, at 2:00 P.M.; and

7. A four-day Court Trial will begin at 8:30 A.M. on: _March 14_, 2011.

Date: _September 18_, 2009

_____
The Honorable Claudia Wilken
United States District Court Judge