1  LGI LLP
   BRADLEY A. PATTERSON, Esq. (State Bar No. 155482)
2       18101 Von Karman Ave., Ste. 330
        Irvine CA  92612
3       Telephone:   (949) 253-0500
        Facsimile:   (949) 253-0505
4
   Attorney for Plaintiffs
5
   JOSEPH P. RUSSONIELLO (CSBN 44332)
6  United States Attorney
   THOMAS MOORE (ASBN 4305-T780)
7  Assistant United States Attorney
   Chief, Tax Division
8  CYNTHIA STIER (DCBN 423256)
   Assistant United States Attorney
9       9th Floor Federal Building
        450 Golden Gate Avenue, Box 36055
10      San Francisco, California 94102
        Telephone: (415) 436-7017
11      Facsimile: (415) 436-6748
   ROBERT J. HIGGINS (DCBN 242966)
12 Trial Attorney, U.S. Department of Justice
   BART D. JEFFRESS (CT Juris No. 419184)
13 Trial Attorney, U.S. Department of Justice
        555 4th St., N.W., Room 8816
14      Washington, D.C. 20001
        Telephone: (202) 307-6580
15      Facsimile: (202) 514-9440
        Email: robert.j.higgins@usdoj.gov
16
   Attorneys for Defendant United States of America
17

18                UNITED STATES DISTRICT COURT

19         NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

20

| | |
|---|---|
| 21  AWS MANAGEMENT, LLC, by and through MARY CHANDLER PETTY, a<br>22  Partner Other than the Tax Matters Partner,<br>23<br>        Plaintiff,<br>24      v.<br>25  UNITED STATES OF AMERICA, by and through its Agent, the INTERNAL<br>26  REVENUE SERVICE,<br>27          Defendant.<br>28  _____ | Case No.  05-1056 CW<br><br>Consolidated with Case No. 05-1058 CW<br><br><br><br>SIXTH STIPULATION AND ORDER TO EXTEND DISCOVERY SCHEDULE, SETTLEMENT CONFERENCE, AND TRIAL DATE |

1  AWS ACQUISITIONS, LLC, by and )
   through MARY CHANDLER PETTY, a )
2  Partner Other than the Tax Matters )
   Partner, )
3      )
              Plaintiff, )
4      v. )
       )
5  UNITED STATES OF AMERICA, by and )
   through its Agent, the INTERNAL )
6  REVENUE SERVICE, )
       )
7              Defendant. )
   _____ )
8

9       This stipulation is entered into by and between the plaintiffs and the defendant

10 and is based on the following facts:

11      1.      Plaintiffs submitted their first written settlement offer to defendant offering

12 to settle all issues in this action on August 2, 2006. The Department of Justice, in

13 concert with the Internal Revenue Service, evaluated that settlement offer under its

14 normal procedures.  A revised offer was submitted on May 19, 2010.

15      2.      On February 2, 2009, the parties filed a stipulation (Document 49):

16 (I) notifying this Court that the parties were continuing to work towards settlement; and

17 (ii) requesting that this Court continue discovery and trial deadlines to avoid the

18 substantial expenditure of resources and effort attendant to defendant's intended course

19 of discovery and to allow time for the Department of Justice to complete its evaluation of

20 plaintiffs' offer and to finalize any settlement.

21      3.      On February 4, 2009, this Court issued an order (Document 50) approving

22 the stipulation to continue discovery and trial deadlines, and set the following revised

23 calendar in this action:

24      Completion of Fact Discovery:  June 15, 2009

25      Mandatory Settlement Conference on:  July 17, 2009

26      Completion of Expert Discovery:  October 16, 2009

27      Case-dispositive motions to be heard at 2:00 P.M. on:  December 17, 2009

28      The pre-trial exchange between the parties will occur by:  March 17, 2010

1    A pre-trial conference will be held on: April 20, 2010

2    A four-day Court Trial will begin at 8:30 A.M. on:  May 10, 2010

3    4.    Notice from the Court's Clerk (Document 51) set the Mandatory

4    Settlement Conference on June 23, 2009;

5    5.    On June 4, 2009, the parties filed a stipulation (Document 52):

6    (I) notifying this Court that the parties were continuing to work towards settlement; and

7    (ii) requesting that this Court continue discovery and trial deadlines to avoid the

8    substantial expenditure of resources and effort attendant to defendant's intended course

9    of discovery and to allow time for the Department of Justice to complete its evaluation of

10   plaintiffs' offer and to finalize any settlement.

11   6.    On June 10, 2009, this Court issued an order (Document 53) approving

12   the stipulation to continue discovery and trial deadlines, and set the following revised

13   calendar in this action:

14   Completion of Fact Discovery: on or before October 15, 2009

15   Mandatory Settlement Conference no later than: November 17, 2009

16   Completion of Expert Discovery: on or before February 16, 2010

17   Case-dispositive motions and a further case management conference:

18       2:00 P.M. on April 8, 2010

19   The pre-trial exchange between the parties: pursuant to Court's Order for

20       Pretrial Preparation

21   A pre-trial conference on: October 26, 2010 at 2:00 P.M.

22   A four-day Court Trial beginning at 8:30 A.M. on: November 15, 2010

23   7.    Following the request of the parties (Document 55), the Court entered an

24   Order (Document 56) re-assigning this case to a Magistrate Judge.  On July 15, 2009,

25   the case was so re-assigned, and, on July 16, 2009, Chief United States Magistrate

26   Judge Maria-Elena James entered an Order (Document 57) scheduling a settlement

27   conference for October 5, 2009, at 2:00 p.m. in Magistrate James' chambers.

28   8.    On September 17, 2009, the parties filed a stipulation (Document 58):

1  (i) notifying this Court that the parties were continuing to work towards settlement; and
2  (ii) requesting that this Court continue discovery and trial deadlines to allow the parties
3  to work towards finalizing a settlement without simultaneously preparing for trial.
4      9.    On September 18, 2009, this Court issued an order (Document 59)
5  approving the stipulation to continue discovery and trial deadlines, and set the following
6  revised calendar in this action:
7      Completion of Fact Discovery: on or before February 15, 2010
8      Mandatory Settlement Conference no later than: March 17, 2010
9      Completion of Expert Discovery: on or before June 16, 2010
10     Case-dispositive motions and a further case management conference:
11         2:00 P.M. on August 12, 2010
12     The pre-trial exchange between the parties: pursuant to Court's Order for
13         Pretrial Preparation
14     A pre-trial conference on: February 22, 2011 at 2:00 P.M.
15     A four-day Court Trial beginning at 8:30 A.M. on: March 14, 2011
16     10.    On September 25, 2009, the parties filed a stipulation (Document 60),
17 notifying the Court that the settlement conference scheduled for October 5, 2009, had
18 been rescheduled for March 2, 2010.
19     11.    On January 26, 2010, the parties filed a stipulation (Document 61):
20 (i) notifying this Court that the parties were continuing to work towards settlement; and
21 (ii) requesting that this Court continue discovery and trial deadlines to allow the parties
22 to work towards finalizing a settlement without simultaneously preparing for trial.
23     12.    On February 1, 2010, this Court issued an order (Document 62) approving
24 the stipulation to continue discovery and trial deadlines, and set the following revised
25 calendar in this action:
26     Completion of Fact Discovery: on or before June 15, 2010
27     Mandatory Settlement Conference no later than: July 19, 2010
28     Completion of Expert Discovery: on or before October 18, 2010

Case-dispositive motions and a further case management conference:

    2:00 P.M. on December 16, 2010

The pre-trial exchange between the parties: pursuant to Court's Order for Pretrial Preparation

A pre-trial conference on: June 28, 2011, at 2:00 P.M.

A four-day Court Trial beginning at 8:30 A.M. on: July 18, 2011

13. On February 4, 2010, the parties filed a stipulation (Document 63), notifying the Court that the settlement conference scheduled for March 2, 2010, had been rescheduled for July 9, 2010.

14. Since the Court ordered the last extension of deadlines, plaintiffs filed with the Internal Revenue Service all of the back tax returns that would be affected if their settlement offer were accepted.

After defendant had an opportunity to review the returns and the recalculations of tax liability that form the bases for plaintiffs' settlement offer, the parties scheduled and participated in a telephonic conference on April 30, 2010, addressing the offer and the necessary remaining steps for completing any settlement. Participating on the call were plaintiffs' attorney, plaintiffs' accountant, defendant's lead attorney, and an attorney from the IRS.

As a result of the conference, plaintiffs revised their settlement offer and submitted the revised offer to settle all issues in these consolidated cases to the Department of Justice on May 19, 2010.

15. The parties continue to believe that settlement is likely and are working diligently towards a final action by the Department of Justice on plaintiffs' revised offer to settle all issues in this case. Settlement efforts are continuing and there has been no breakdown of communications and no impasse has arisen.

16. The parties appreciate the Court's patience as the parties work to finalize the settlement. The parties believe that requiring the parties to prepare for settlement conferences or trial would be counterproductive to reaching a settlement in this action.

1  17. Based on the facts presented, the plaintiffs and the defendant request an
2  extension of an additional four months for each of the existing deadlines.
3                             Respectfully Submitted,
4  <u>FOR THE PLAINTIFFS</u>
5                             LGI LLP
                               Bradley A. Patterson, Esq.
6
7  Date: May 21, 2010            By s/Bradley A. Patterson
                               Bradley A. Patterson
8                             Attorney for Plaintiffs
9  <u>FOR THE UNITED STATES</u>
10
                               UNITED STATES ATTORNEY
11                             Joseph P. Russoniello , Esq.
                               Thomas Moore, Esq.
12                             Cynthia Stier, Esq.
                               Robert J. Higgins, Esq.
13                             Bart D. Jeffress, Esq.
14
   Date: May 21, 2010            By s/Robert J. Higgins
15                                Robert J. Higgins
                               Attorneys for Defendant
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION TO EXTEND
DISCOVERY & TRIAL DATES

1 **ORDER**

2   Based on the facts and stipulation set forth above,

3   **IT IS ORDERED:**

4   1.   Fact Discovery shall be completed on or before: **October 15**, 2010;

5   2.   A Mandatory Settlement Conference shall be conducted before Magistrate
6 Judge Maria-Elena James no later than **November 19**, 2010, at the convenience of
7 Magistrate James' calendar;

8   3.   Expert Discovery shall be completed on or before: **February 18**, 2011;

9   4.   All case-dispositive motions and a further case management conference
10 shall be heard at 2:00 P.M. on **April 14**, 2011;

11   5.   The pre-trial exchange between the parties shall occur in accordance with
12 the Court's Order for Pretrial Preparation.

13   6.   A pre-trial conference will be held on: **November 1**, 2011, at 2:00 P.M.;
14 and

15   7.   A four-day Court Trial will begin at 8:30 A.M. on: **November 14**, 2011.

17 Date: May 27, 2010

The Honorable Claudia Wilken
United States District Court Judge

- 7 -

STIPULATION TO EXTEND
DISCOVERY & TRIAL DATES