1  LGI LLP
   BRADLEY A. PATTERSON, Esq. (State Bar No. 155482)
2      18101 Von Karman Ave., Ste. 330
       Irvine CA  92612
3      Telephone:   (949) 253-0500
       Facsimile:    (949) 253-0505
4
   Attorney for Plaintiffs
5
   JOSEPH P. RUSSONIELLO (CSBN 44332)
6  United States Attorney
   THOMAS MOORE (ASBN 4305-T780)
7  Assistant United States Attorney
   Chief, Tax Division
8  CYNTHIA STIER (DCBN 423256)
   Assistant United States Attorney
9      9th Floor Federal Building
       450 Golden Gate Avenue, Box 36055
10     San Francisco, California 94102
       Telephone: (415) 436-7017
11     Facsimile: (415) 436-6748
   ROBERT J. HIGGINS (DCBN 242966)
12 Trial Attorney, U.S. Department of Justice
   BART D. JEFFRESS (CT Juris No. 419184)
13 Trial Attorney, U.S. Department of Justice
       555 4th St., N.W., Room 8816
14     Washington, D.C. 20001
       Telephone: (202) 307-6580
15     Facsimile: (202) 514-9440
       Email: robert.j.higgins@usdoj.gov
16
   Attorneys for Defendant United States of America
17

18                       UNITED STATES DISTRICT COURT

19              NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

20

| | |
|---|---|
| 21  AWS MANAGEMENT, LLC, by and through MARY CHANDLER PETTY, a Partner Other than the Tax Matters Partner, | Case No.  05-1056 CW |
| 22 | Consolidated with Case No. 05-1058 CW |
| 23        Plaintiff, | |
| 24    v. | SEVENTH STIPULATION AND ORDER TO EXTEND DISCOVERY SCHEDULE, SETTLEMENT CONFERENCE, AND TRIAL DATE |
| 25  UNITED STATES OF AMERICA, by and through its Agent, the INTERNAL REVENUE SERVICE, | |
| 26 | |
| 27        Defendant. | |
| 28 | |

| | |
|---|---|
| AWS ACQUISITIONS, LLC, by and through MARY CHANDLER PETTY, a Partner Other than the Tax Matters Partner, | ) ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| UNITED STATES OF AMERICA, by and through its Agent, the INTERNAL REVENUE SERVICE, | ) ) ) ) |
| Defendant. | ) ) |
| _____ | ) |

This stipulation is entered into by and between the plaintiffs and the defendant and is based on the following facts:

1.  Plaintiffs submitted their first written settlement offer to defendant offering to settle all issues in this action on August 2, 2006. The Department of Justice, in concert with the Internal Revenue Service, evaluated that settlement offer under its normal procedures. A revised offer was submitted on May 19, 2010. Since that time, plaintiff and defendant have continued to work on the offer, and plaintiff intends to submit another revised offer in early October.

2.  On May 21, 2010, the parties filed a stipulation (Document 64): (i) notifying this Court that the parties were continuing to work towards settlement; and (ii) requesting that this Court continue discovery and trial deadlines to allow the parties to work towards finalizing a settlement without simultaneously preparing for trial.

3.  On May 27, 2010, this Court issued an order (Document 65) approving the stipulation to continue discovery and trial deadlines, and set the following revised calendar in this action:

Completion of Fact Discovery: on or before October 15, 2010

Mandatory Settlement Conference no later than: November 19, 2010

Completion of Expert Discovery: on or before February 18, 2011

Case-dispositive motions and a further case management conference:

2:00 P.M. on April 14, 2001

1  The pre-trial exchange between the parties: pursuant to Court's Order for Pretrial
2      Preparation
3  A pre-trial conference on: November 1, 2011, at 2:00 P.M.
4  A four-day Court Trial beginning at 8:30 A.M. on: November 14, 2011
5      4.    On June 10, 2010, the parties filed a stipulation (Document 66), notifying
6  the Court that the settlement conference scheduled for July 9, 2010, had been
7  rescheduled for October 19, 2010.
8      5.    Since the last stipulation, defendant sought and obtained the IRS' views
9  on plaintiffs' revised offer, and the parties continued to discuss the terms of the revised
10 offer, including discussions regarding plaintiffs' computations of tax liability. As a result
11 of the continued negotiations, plaintiffs are now preparing to submit another revised
12 offer. Plaintiffs anticipate that this offer will be submitted on or before October 1, 2010.
13     6.    The parties continue to believe that settlement is likely and are working
14 diligently towards a final action by the Department of Justice on plaintiffs' efforts to settle
15 all issues in this case. Settlement efforts are continuing and there has been no
16 breakdown of communications and no impasse has arisen.
17     7.    The parties appreciate the Court's patience as the parties work to finalize
18 the settlement. The parties believe that requiring the parties to prepare for settlement
19 conferences or trial would be counterproductive to reaching a settlement in this action.

1  8.  Based on the facts presented, the plaintiffs and the defendant request an
2  extension of an additional four months for each of the existing deadlines.

3  Respectfully Submitted,

4  <u>FOR THE PLAINTIFFS</u>

5  LGI LLP
   Bradley A. Patterson, Esq.
6

7  Date: September 27, 2010         By s/Bradley A. Patterson
                                        Bradley A. Patterson
8                                       Attorney for Plaintiffs

9  <u>FOR THE UNITED STATES</u>

10
                                    UNITED STATES ATTORNEY
11                                  Joseph P. Russoniello , Esq.
                                    Thomas Moore, Esq.
12                                  Cynthia Stier, Esq.
                                    Robert J. Higgins, Esq.
13                                  Bart D. Jeffress, Esq.

14
   Date: September 27, 2010         By s/Robert J. Higgins
15                                      Robert J. Higgins
                                        Attorneys for Defendant
16
17
18
19
20
21
22
23
24
25
26
27
28

1 **ORDER**

2   Based on the facts and stipulation set forth above,

3   **IT IS ORDERED:**

4   1. Fact Discovery shall be completed on or before: <u>February 15</u>, 2011;

5   2. A Mandatory Settlement Conference shall be conducted before Magistrate
6 Judge Maria-Elena James no later than <u>October 19</u>, 2010, at the convenience of
7 Magistrate James' calendar;

8   3. Expert Discovery shall be completed on or before: <u>June 20</u>, 2011;

9   4. All case-dispositive motions and a further case management conference
10 shall be heard at 2:00 P.M. on <u>August 11</u>, 2011;

11   5. The pre-trial exchange between the parties shall occur in accordance with
12 the Court's Order for Pretrial Preparation.

13   6. A pre-trial conference will be held on: <u>November 1</u>, 2011, at 2:00 P.M.;
14 and

15   7. A four-day Court Trial will begin at 8:30 A.M. on: <u>November 14</u>, 2011.

17 Date: <u>October 6</u>, 2010                   _____
                                              The Honorable Claudia Wilken
18                                            United States District Court Judge