1  LGI LLP
    BRADLEY A. PATTERSON, Esq. (State Bar No. 155482)
2          18101 Von Karman Ave., Ste. 330
           Irvine CA  92612
3          Telephone:      (949) 253-0500
           Facsimile:      (949) 253-0505
4
    Attorney for Plaintiffs
5  MELINDA L. HAAG (CABN 132612)
    United States Attorney
6  THOMAS MOORE (ASBN 4305-T780)
    Assistant United States Attorney
7  Chief, Tax Division
    CYNTHIA STIER (DCBN 423256)
8  Assistant United States Attorney
           9th Floor Federal Building
9          450 Golden Gate Avenue, Box 36055
           San Francisco, California 94102
10         Telephone: (415) 436-7017
           Facsimile: (415) 436-6748
11 ROBERT J. HIGGINS (DCBN 242966)
    Trial Attorney, U.S. Department of Justice
12 BART D. JEFFRESS (CT Juris No. 419184)
    Trial Attorney, U.S. Department of Justice
13         555 4th St., N.W., Room 8816
           Washington, D.C. 20001
14         Telephone: (202) 307-6580
           Facsimile: (202) 514-9440
15         Email: robert.j.higgins@usdoj.gov

16 Attorneys for Defendant United States of America

17                UNITED STATES DISTRICT COURT

18        NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

19

20
    AWS MANAGEMENT, LLC, by and through )   Case No.  05-1056 CW
21 MARY CHANDLER PETTY, a Partner Other )
    than the Tax Matters Partner,                     )   Consolidated with Case No. 05-1058 CW
22                                                              )
                         Plaintiff,                          )
23                                                              )
            v.                                                 )
24                                                              )   **STIPULATION FOR ENTRY OF**
    UNITED STATES OF AMERICA, by and          )   **JUDGMENT AND** ~~PROPOSED~~
25 through its Agent, the INTERNAL REVENUE )   **ORDER**
    SERVICE,                                              )
26                                                              )
                         Defendant.                       )
27                                                              )
                                                                 )
28                                                              )
    _____ )

~~Proposed~~ Stipulation for
Entry of Judgment and ~~Proposed~~ Order

1  AWS ACQUISITIONS, LLC, by and through  )
   MARY CHANDLER PETTY, a Partner Other  )
2  than the Tax Matters Partner,  )
                                  )
3                    Plaintiff,  )
                                  )
      v.                         )
4                                )
   UNITED STATES OF AMERICA, by and  )
5  through its Agent, the INTERNAL REVENUE  )
   SERVICE,                      )
6                                )
                    Defendant.  )
7  _____  )

8

9          The purpose of this stipulation between the plaintiff/petitioner, Mary Chandler

10  Petty, by and through her appointed *guardian ad litem*, Stephen B. Petty, and the defendant,

11  the United States of America, is to inform the Court of the settlement of this TEFRA

12  partnership proceeding in accordance with 26 U.S.C. § 6224(c).  All partners of the entities

13  issued the Notices of Final Partnership Administrative Adjustments (FPAA) at issue in these

14  consolidated cases, including the petitioner, agree to the terms of settlement.  The offer to

15  settle this action has been accepted on behalf of the Attorney General of the United States.

16          At issue in this TEFRA partnership proceeding, brought pursuant to 26 U.S. §

17  6226, are the adjustments to the partnership returns of AWS Management, LLC, and AWS

18  Acquisitions, LLC,  for the 2000 taxable year, as determined by the Internal Revenue Service

19  and set forth in the Notices of Final Partnership Administrative Adjustments issued to the

20  partnerships and partners.   An outright dismissal of this action by the Court is not a viable

21  resolution of this proceeding since 26 U.S.C. § 6226(h) provides that a dismissal of the action

22  "shall be considered as its decision that . . . [the FPAAs] is [are] correct."  To reflect the fact

23  that the settlement reached here is the result of compromises made by all parties, the parties

24  here hereby stipulate and agree to the entry of the following proposed judgment:

25

26

27

28

- 2 -

Proposed Stipulation for
Entry of Judgment and Proposed Order

PROPOSED JUDGMENT

The adjustments set forth in the Notices of Final Partnership Administrative Adjustment issued on October 15, 2004, with respect tax returns filed by AWS Management, LLC, and AWS Acquisitions, LLC, for the taxable year ending December 31, 2000, are sustained except as modified by agreement between the plaintiff/petitioner Mary Chandler Petty, by and through her appointed *guardian ad litem*, Stephen B. Petty, and the defendant, the United States of America, by and through the Tax Division, United States Department of Justice.

CONSENT AND CERTIFICATION

The undersigned *guardian ad litem* for the filing partner, Mary Chandler Petty, by executing this stipulation, consents to the entry of the proposed judgment set forth above on her behalf and certifies that no party objects, nor does any partner of AWS Acquisitions, LLC, or AWS Management, LLC, object, nor does any taxpayer affected by this proposed judgment object.

February 16, 2011

Steven B. Petty, *guardian ad litem* for
Mary Chandler Petty, filing partner

- 3 -

1                                   Respectfully Submitted,

2         ·  <u>FOR THE PLAINTIFFS</u>

3                                   LGI LLP
                                      Bradley A. Patterson, Esq.

4

5     Date: February 24, 2011          By s/Bradley A. Patterson
                                      Bradley A. Patterson

6

7                                     Attorney for Plaintiffs
            <u>FOR THE UNITED STATES</u>

8

9                                     UNITED STATES ATTORNEY
                                     Melinda L. Haag , Esq.

10                                 Thomas Moore, Esq.
                                     Cynthia Stier, Esq.

11                                 Robert J. Higgins, Esq.
                                     Bart D. Jeffress, Esq.

12

13    Date: February 24, 2011          By s/Robert J. Higgins
                                      Robert J. Higgins

14

15                                     Attorneys for Defendant

16

17

18

19

20

21

22

23

24

25

26

27

28

Proposed Stipulation for
Entry of Judgment and Proposed Order

ORDER

Pursuant to the stipulation of counsel, and the certification of *guardian ad litem* for the filing partner, Mary Chandler Petty set forth herein, the Clerk of Court is ordered to enter a Judgment in this matter that states as follows:

"The adjustments set forth in the Notices of Final Partnership Administrative Adjustment issued on October 15, 2004, with respect tax returns filed by AWS Management, LLC, and AWS Acquisitions, LLC, for the taxable year ending December 31, 2000, are sustained except as modified by agreement between the *guardian ad litem,* Stephen B. Petty, for the filing partner, Mary Chandler Petty, and the United States, by and through the Tax Division, Department of Justice."

Date: ___March 7___, 2011

The Honorable Claudia Wilken

United States District Court Judge

Proposed Stipulation for
Entry of Judgment and Proposed Order